IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LARRY JOSEPH SPRUEILL, ) | |
| ) | |
| Petitioner, ) | |
| ) | 1:12CV208 |
| v. ) | 1:10CR381-1 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

O R D E R

On March 28, 2013, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed objections to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed the parties' submissions de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

Petitioner's motion to vacate, set aside, or correct sentence (Doc. # 12) is DENIED, Petitioner's "Emergency Petition for Relief from Judgment" (Doc. # 24) is DENIED, and this action is DISMISSED.

This the 26th day of April, 2013

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge